# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAGKAN FIRAT,<br><br>       Plaintiff,<br><br>   v.<br><br>TOMOCREDIT INC.,<br><br>       Defendant. | Case No. 1: 24-cv-00810-JLT-SAB<br><br>ORDER RE STIPULATED EXTENSION OF TIME TO FILE RESPONSE<br><br>ORDER CONTINUING NOVEMBER 26, 2024 SCHEDULING CONFERENCE TO DECEMBER 10, 2024<br><br>(ECF No. 5, 8) |

Plaintiff filed this action on July 12, 2024.  (ECF No. 1.)  A scheduling conference is currently set for November 26, 2024.  (ECF No. 3.)  Because Plaintiff had not returned service documents and Defendant had not filed a responsive pleading, the Court ordered that Plaintiff file a notice of status of service by October 18, 2024.

On October 18, 2024, the parties filed a stipulation to extend time to allow Defendant to file a responsive pleading.  (ECF No. 8.)  The parties proffer that Plaintiff served Defendant on July 31, 2024 and Defendant desires an additional twenty-eight days to file a response.  Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure provides that a defendant must serve a responsive pleading within twenty-one days after being served.  Here, the parties request an extension of time that exceeds twenty-eight days and thus requires court approval.  L.R. 144(a).  The Court finds the parties have shown good cause for the extension.  The Court shall also continue the scheduling conference to allow the parties sufficient time to conduct a thorough Rule 26(f) conference.

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's complaint on or before **November 14, 2024**; and

2. The scheduling conference currently set for November 26, 2024 is CONTINUED to **December 10, 2024 at 9:30 a.m.** in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.  The parties shall file a joint scheduling report **one full week** prior to the continued date.

IT IS SO ORDERED.

Dated:   **October 21, 2024**

UNITED STATES MAGISTRATE JUDGE