# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAGKAN FIRAT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TOMOCREDIT INC.,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00810-JLT-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10)<br><br>**TWENTY-ONE DAY DEADLINE** |

On November 13, 2024, a notice of settlement was filed informing the Court that the parties have resolved this case. (ECF No. 10.) The parties proffer that dispositional documents will be filed within 21 days.

The Court shall order the parties to file dispositional documents within 21 days. Any additional request for extension of time to file dispositional documents must be supported by good cause. See L.R. 160(b).

///
///
///
///
///

1

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within **twenty-one (21) days** of entry of this order.

IT IS SO ORDERED.

Dated: **November 14, 2024**

STANLEY A. BOONE
United States Magistrate Judge