# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAGKAN FIRAT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOMOCREDIT INC.,<br><br>　　　　Defendant. | Case No. 1:24-cv-00810-JLT-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 12)<br><br>**DECEMBER 31, 2024 DEADLINE** |

　　On November 13, 2024, the parties filed a notice of settlement of this action. (ECF No. 10.) On November 14, 2024, an order issued requiring the parties to file dispositive documents within twenty-one days. (ECF No. 11.) On December 2, 2024, the parties filed a stipulation for extend the deadline to file dispositive documents to December 31, 2024. (ECF No. 12.) The Court finds good cause to grant the stipulation.

　　Accordingly, pursuant to the stipulation by the parties, IT IS HEREBY ORDERED THAT the parties shall file dispositive documents on or before **December 31, 2024**.

IT IS SO ORDERED.

Dated:  **December 3, 2024**

　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1